

**PRAIRIE VILLAGE OF GRIMES ASSOCIATES, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5083.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

[1] We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**PRAIRIE VILLAGE OF ALTOONA ASSOCIATES, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5082.

United States Court of Appeals, Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

[1] We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.